United States District Court
Middle District of Pennsylvania

Kareem Hassan Milhouse,
    Plaintiff,

v.

Suzanne V. Heath, et.al.,
    Defendants.

Civil no. 14-1637

Motion to Dismiss

FILED
SCRANTON

SEP 0 1 2017

PER _____ AMO
    DEPUTY CLERK

Respectfully submitted,

Kareem Milhouse

8/20/17

KNOXVILLE TN 377

29 AUG 2017 PM 3 L

RECEIVED
SEP 01 2017
PER_____ DEPUTY_____

Name Milhouse, K
Reg. No. 59904-066  Unit 5B
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

⟫59904-066⟪
Peter Welsh, CLERK OF COURT
235 N Washington AVE
U.S. Courthouse
Scranton, PA 18501
United States

18501-500199

"LEGAL MAIL"