United States District Court
Middle District of Pennsylvania
Kareem Hassan Milhouse,
Plaintiff

V.

Suzanne V. Heath et.al.,
Defendants.

Civil no. 14-1637

**Brief in support motion to Dismiss**

FILED
SCRANTON
SEP 0 1 2017
PER _____ DEPUTY CLERK

Plaintiff Appeal in this civil action was remanded (15-2278), however informa pauperis status was initially denied in this case as Plaintiff filed under imminent Danger. Meanwhile, the Court hasn't granted informa pauperis status on remand and Plaintiff request this case is closed before any informa pauperis status is granted.

Plaintiff voluntarily dismiss this civil action since informa pauperis status is granted. Plaintiff has ~~enough~~ respectfully request this case is closed before informa pauperis status is granted.

Respectfully

K. Milhouse

8/20/17

KNOXVILLE TN 377

29 AUG 2017 PM 3 L

RECEIVED
SEP 01 2017
PER_____ DEPUTY CLERK

Name Milhouse, K
Reg. No. 59904-066  Unit 5b
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

◇59904-066◇
Peter Welsh, Clerk of Court
235 N Washington AVE
U.S. Courthouse
Scranton, PA 18501
United States

18501-500199

"LEGAL MAIL"